# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| SANDRA CAMACHO,<br><br>    *Plaintiff*,<br>v.<br><br>AT&T CORP.,<br><br>    *Defendant*. | §<br>§<br>§<br>§    EP-20-CV-00272-DCG<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING CASE

In view of the parties' "Stipulation for Dismissal with Prejudice" (ECF No. 16) filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court orders as follows:

**IT IS ORDERED** that all claims asserted by Plaintiff in this action against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the status hearing set for Friday, July 16, 2021, at 9:00 a.m. is **VACATED.**

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this __14th__ day of July 2021.

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE